WAYNE WALTER *v.* CLAIRE WALTER

The defendant's motion for a review of the order of the trial court dated September 12, 1977, terminating the stay of execution in the appeal from the Superior Court in New London County is denied unless the defendant, on or before November 15, 1977, files her request for a finding and draft finding.

*Martin Zeldis,* in support of the motion.

Submitted September 22—decided October 19, 1977

STATE OF CONNECTICUT *v.* RICHARD KONDRACKI

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Robert E. Beach, Jr.,* in support of the petition.

Submitted October 7—decided October 19, 1977

JOHN T. DOOLEY ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Henry Elstein,* in support of the petition.
*Aaron B. Schless,* in opposition.